**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01618-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JOHN A. VIDMAR JR.,

    Plaintiff,

v.

FREMONT CORRECTIONAL FACILITY, and
CORRECTIONS OFFICER PIGNON YAK,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

    On July 29, 2015, Plaintiff submitted to the Court a pleading titled, "Of DOC/Freemont [sic] Correctional Facility," and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the Complaint and § 1915 Motion and Affidavit are deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)    ___    is not submitted
(2)    ___    is missing affidavit
(3)    _X_    a **certified copy** of prisoner's trust fund statement for the **6-month period immediately preceding** this filing (Plaintiff acknowledges account statement is not certified)
(4)    ___    is missing certificate showing current balance in prison account
(5)    ___    is missing required financial information
(6)    ___    is missing authorization to calculate and disburse filing fee payments

(7)  __  is missing an original signature by the prisoner
(8)  __  is not on proper form
(9)  __  names in caption do not match names in caption of complaint, petition or habeas application
(10) __  other:

**Complaint, Petition or Application**:
(11) __  is not submitted
(12) _X_  is not on proper form
(13) __  is missing an original signature by the prisoner
(14) __  is missing page nos. __
(15) __  uses et al. instead of listing all parties in caption
(16) __  names in caption do not match names in text
(17) __  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __  other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain a Court-approved Prisoner Complaint form, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  A Court-approved form must be used to cure deficiencies.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED August 3, 2015, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge