IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01618-GPG

JOHNN A. VIDMAR, JR.,

    Plaintiff,

v.

FREMONT CORRECTIONAL FACILITY, and
PIONON YAK, Corrections Officer,

    Defendants.

---

ORDER OF DISMISSAL

---

On July 29, 2015, Plaintiff Johnn A. Vidmar Jr. initiated this action by filing a pleading titled, "Of DOC/Freemont [sic] Correctional Facility," and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On August 3, 2015, Magistrate Judge Gordon P. Gallagher directed Plaintiff to submit a certified prisoner's trust fund statement for the six-month period immediately preceding the filing of this action and to file his claims on a Court-approved form used in filing prisoners complaints. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Then on August 18, 2015, the August 3 Order was returned to the Court and the envelope was marked, "RTS" and "RELEASED."

In accordance with the Local Rules of Practice for the United States District Court for the District of Colorado, D.C.COLO.LAttyR 5(c), Plaintiff is required to notify the Court of an address change within five days after the change. Plaintiff has failed to comply with the Court's Local Rules. Plaintiff also has now failed to communicate with

the Court, and as a result he has failed to cure the deficiencies within the time allowed. The Court, therefore, will dismiss the action.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal.  See *Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.  It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  18th  day of   September  , 2015.

BY THE COURT:

 s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court